DANIEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone No.: (671) 477-2778
Facsimile No.: (671) 477-4366
Email: djberman@pacificlawyers.law

Attorneys for Plaintiff:

*JOSE ARLINE DADIVAS DEVELLES*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOSE ARLINE DADIVAS DEVELLES,<br>Plaintiff,<br>vs.<br>GOVERNMENT OF GUAM, KENDALL T. DIAZ, AREN L. FABILA and DOES 1 TO 10,<br>Defendants. | CIVIL CASE NO. 1:24-cv-00019<br><br>**PLAINTIFF'S AFFIDAVIT AND REQUEST FOR ENTRY OF ORDER OF DEFAULT** |

I, DANIEL J. BERMAN, being first duly sworn, state as follows:

1. More than twenty-one (21) days have passed since the service of the Summons and Amended Complaint for Damages on Defendant AREN L. FABILA on February 10, 2024, and the Order granting extension of time until March 18, 2024 (Doc. 24), and said Defendant has failed to answer or otherwise appear.

2. Defendant AREN L. FABILA is not in the military service, nor is an incompetent person nor infant.

3. Pursuant to F.R.C.P. 55(a), Plaintiff requests the Clerk to enter an Order of Default against the Defendant AREN L. FABILA for his failure to plead or otherwise defend.

Further Affiant Sayeth Naught.

EXECUTED this 26 day of March, 2025.

DANIEL J. BERMAN

**SUBSCRIBED AND SWORN** to before me, a Notary Public, on this 26th day of March, 2025, by **DANIEL J. BERMAN**.

NOTARY PUBLIC

CRISTIE ROSE C. GRANIEL • IN AND FOR GUAM, U.S.A. • NOTARY PUBLIC

CRISTIE ROSE C. GRANIEL
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: **JUNE 29, 2025**
P.O. Box 2981 Hagåtña, Gu 96932