## THE DISTRICT COURT OF GUAM

JOSE ARLINE DADIVAS DEVELLES,

Plaintiff,

vs.

GOVERNMENT OF GUAM, KENDALL T. DIAZ, AREN L. FABILA, AND DOES 1 TO 10,

Defendants.

CIVIL CASE NO. 24-00019

**ORDER**

In light of the Government of Guam's Second Motion to Dismiss Defendant Government of Guam from Second Amended Complaint for Damages (hereinafter "Second Motion") (ECF No. 62), which incorporates all the arguments contained in the Motion to Dismiss Defendant Government of Guam from Second Amended Complaint for Damages (hereinafter "First Motion") (ECF No. 45), the First Motion (ECF No. 45) is hereby **DISMISSED** as **MOOT**.

**SO ORDERED.**

Frances M. Tydingco-Gatewood

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**

**Dated: March 31, 2026**