LAW OFFICE OF DANIEL J. BERMAN
Suite 801, DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone No.: (671) 922-7570
Email: djberman@pacificlawyers.law

Attorney for Plaintiff:
*JOSE ARLINE DADIVAS DEVELLES*

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| JOSE ARLINE DADIVAS DEVELLES,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, KENDALL J.N. DIAZ, AREN L. FABILA, JOHN W. BARCINAS, PATRICK G. CORPUZ, DONALD FLICKINGER and DOES 1 TO 10,<br><br>Defendants. | CIVIL CASE NO. 1:24-cv-00019<br><br>**DECLARATION OF COUNSEL RE: BELATED UNSIGNED INITIAL DISCLOSURES and BELATED DECLARATIONS OF DEFENDANTS** |

I, DANIEL J. BERMAN, hereby declare under penalty of perjury that:

1. I am counsel for the Plaintiff in the above-captioned action.

2. I make this Declaration upon personal knowledge unless otherwise stated.

3. On October 2, 2025, Plaintiff sent notice by email to Defendants' Attorney P. Torres that the Defendants' Initial Disclosures were due on September 19, 2025. *See* Exhibit "1", D. Berman email to P. Torres re: Develles Notice, attached.

4. On October 7, 2025, Defendants' Atty. P. Torres replied with regrets and apologies by email. *Id.*

5. On October 7, 2025, Defendants KENDALL J.N. DIAZ, AREN L. FABILA, JOHN W. BARCINAS, PATRICK G. CORPUZ and DONALD FLICKINGER served their Initial Disclosures pursuant to "GRCP" (sic) Rule 26(a)(1). *See* Exhibit "2",

Defendants' Initial Disclosures, attached, backdated to September 19, 2025. The Disclosures were not signed. Exhibit "2".

6. Immediately following the Defendants' filing of their Motion for Summary Judgment, on March 20, 2026, Plaintiff commenced his written Opposition to Defendants' Motion for Summary Judgment (Doc. 64) with the understanding that Defendants had filed no affidavits or declarations in support of the Motion by the established deadline.

7. By April 2, 2026, the draft of the Opposition by Plaintiff's counsel was ninety-five percent (95%) complete when the declarations of Corpuz and Flickinger were filed, thirteen days after the dispositive motion deadline and thirteen days after Defendants filed their Motion for Summary Judgment.

Further Declarant Sayeth Naught.

DATED this 10 day of April, 2026.

Daniel Berman

**DANIEL J. BERMAN**

# Exhibit "1"

**djberman@pacificlawyers.law**

---

| | |
|---|---|
| **From:** | Phillip Torres <ptorres@tttguamlawyers.com> |
| **Sent:** | Tuesday, October 7, 2025 8:40 AM |
| **To:** | djberman@pacificlawyers.law |
| **Cc:** | 'Joseay Sanchez'; jguthrie@oagguam.org; administration@oagguam.org; civil@oagguam.org; civillitigation@oagguam.org |
| **Subject:** | RE: Develles case 1:24-cv-00019 Develles v. Government Of Guam et al Notice |
| **Attachments:** | INITIAL DISCLOSURES.pdf |

Dan:

I thought I had sent this to you. My apologies. You didn't clue me into how difficult it would be move out and close my office. I had so many problems putting everything on the cloud, email and copying issues and then getting rid of everything I couldn't or didn't want to keep. I wouldn't wish those tasks on another.

Anyway, thank you for your patience. Attached is the Defendants initial disclosures.

Sincerely,
Phillip Torres, Esq.
**TORRES LAW GROUP**
130 Aspinall Avenue, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9891-3
Facsimile: (671) 472-2601

The information contained in this message and any accompanying attachments may contain privileged, private and/or confidential information protected by state and federal law. This message and any attachments are intended for the designated recipient only. If you have received this information in error, please notify the sender immediately and return or destroy the information.

**From:** djberman@pacificlawyers.law <djberman@pacificlawyers.law>
**Sent:** Thursday, October 02, 2025 4:29 PM
**To:** 'Phillip Torres' <ptorres@tttguamlawyers.com>
**Cc:** chrisap@pacificlawyers.law
**Subject:** Develles case 1:24-cv-00019 Develles v. Government Of Guam et al Notice

EXHIBIT
1

Hello Phil:

Your Initial Disclosures for your client defendants were due September 19, 2025. Please see page 2, paragraph 3 (b) attached.

Please let me know if you will provide these disclosures in the next 5 days; otherwise I will have to file a motion with the court for compliance.

Best regards,

Daniel J. Berman, Esq.
Law Office of Daniel J. Berman
Suite 801, DNA Building
238 Archbishop Flores Street
Hagatna, Guam 96910
Tel: (671) 922-7570
Email: djberman@pacificlawyers.law

CONFIDENTIALITY NOTICE: The information contained in this email and in any attachments may contain privileged and confidential information. If you were not the intended recipient, please do not review, disseminate, distribute or duplicate this email, but instead please notify us of the mistake we have made by return email, or by phone at (671)477-2778, and then please delete this email.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax or Guam tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** CM-ECF@gud.uscourts.gov <CM-ECF@gud.uscourts.gov>
**Sent:** Friday, September 19, 2025 12:22 PM
**To:** CM-ECF@gud.uscourts.gov
**Subject:** Activity in Case 1:24-cv-00019 Develles v. Government Of Guam et al Notice

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**Civil/Criminal CM/ECF System**

**District Court of Guam**

**Notice of Electronic Filing**

The following transaction was entered by Torres, Phillip on 9/19/2025 at 12:21 PM CST and filed on 9/19/2025

**Case Name:** Develles v. Government Of Guam et al
**Case Number:** 1:24-cv-00019
**Filer:** Kendall J.N. Diaz
**Document Number:** 53

**Docket Text:**
**Notice filed by Kendall J.N. Diaz *re Substitution of Counsel* (Torres, Phillip)**

**1:24-cv-00019 Notice has been electronically mailed to:**

Daniel James Berman djberman@pacificlawyers.law, chrisap@pacificlawyers.law

Joseph A. Guthrie jguthrie@oagguam.org, administration@oagguam.org, civil@oagguam.org, civillitigation@oagguam.org, grippel@oagguam.org, mlcruz@oagguam.org, zvelez@oagguam.org

Phillip Torres ptorres@tttguamlawyers.com, torreslawgroup.service@gmail.com

**1:24-cv-00019 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\CV24-00019. Sub of Counsel.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1088563379 [Date=9/19/2025] [FileNumber=606722-0]
[0ef41dee4d4e54054c60fc8a9f9bd08d1231d89f574551fe0d0b2884158a2a2e6c11
7936ad87b758382d9b617eb511ee4ce8c81e1a40436e22aebf7472fe4009]]

**Law Office of Daniel J. Berman**
Suite 801, DNA Building
238 Archbishop Flores Street
Hagatna, Guam 96910
(671) 922 7570 (Office)

Member, Pacific Lawyers www.pacificlawyers.law

*CONFIDENTIALITY NOTICE: The information contained in this email and in any attachments may contain privileged and confidential information. If you were not the intended recipient, please do not review, disseminate, distribute or duplicate this email, but instead please notify us of the mistake we have made by return email, or by phone at (672) 922 7570, and then please delete this email.*

# Exhibit “2”

OCT 7. 2025

**TORRES LAW GROUP**
SUITE 201, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-3
FACSIMILE: (671) 472-2601

***Attorneys for Defendants***
*Kendall J.N. Diaz, Aren L. Fabila,*
*John W. Barcinas, Patrick G. Corpuz*
*and Donald Flickinger*

EXHIBIT
2

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| JOSE ARLINE DADIVAS DEVELLES, Plaintiff, vs. GOVERNMENT OF GUAM, KENDALL J. N. DIAZ, AREN L. FABILA, JOHN W. BARCINAS, PATRICK G. CORPUZ, DONALD FLICKINGER and DOES 1 TO 10, Defendants. | CIVIL CASE NO. CV24-00019 **DEFENDANTS KENDALL J. N. DIAZ, AREN L. FABILA, JOHN W. BARCINAS, PATRICK G. CORPUZ AND DONALD FLICKINGER'S INITIAL DISCLOSURES PURSUANTTO G.R.C.P. RULE 26(a)(1)** |

Defendants KENDALL J. N. DIAZ ("Diaz") and AREN L. FABILA ("Fabila"), JOHN W. BARCINAS, ("Barcinas"), PATRICK G. CORPUZ ("Corpuz") and DONALD FLICKINGER ("Flickinger") (collectively "Defendants"), by and through their undersigned counsel, Special Attorney General Phillip Torres, Esq. of Torres Law Group, and hereby submits their Initial Disclosures in accordance with Rule 26(a)(1) of the Guam Rules of Civil Procedure.

This Disclosure is made subject to the following objections and limitations:

Defendants object to disclosing any information or documents subject to or protected by the attorney-client privilege, attorney work product privilege or any other applicable privilege against disclosure. Such information will not be produced. All disclosures are made without waiver of any privilege or protection against disclosure and the inadvertent production of any privileged information or documents shall not be deemed to be a waiver of any applicable privilege with respect to such information or document.

Defendants object to the extent the disclosure requirements call for the identification

and production of information, individuals and documents that are neither relevant to the subject matter of this litigation nor likely to lead to discovery of admissible evidence. Defendants do not represent or imply by this Disclosure that it believes the information or documents disclosed are discoverable, relevant to an issue in this matter, or admissible at trial. Further, Defendants do not represent or imply that the individuals identified herein are competent witnesses or that their testimony would be admissible at trial. Defendants reserve their right to challenge the relevance of any information or documents and the competence of any witness disclosed herein, and to contest whether such information, document or witness testimony is a proper subject for discovery or admissible at trial.

Defendants object to the extent the disclosure requirements call for production of information or documents already in Plaintiff's possession or which is readily available from a source that is equally available to Plaintiff.

Defendants object on privacy grounds and that certain information is proprietary and protected from disclosure. Defendants make this disclosure based on its present understanding of the disputed facts in this action and on information reasonably available to it at this time. Defendants have not yet completed their investigations, discovery or analysis of matters relating to this case and have not yet completed their preparation for trial. Consequently, Defendants reserve the right to supplement and amend this Disclosure and to produce any subsequently discovered information, witnesses or documents at trial.

## POTENTIAL WITNESSES

1. The following individuals may have knowledge relating to the disputed facts alleged in the pleadings:

   a. Diaz, Fabila, Barcines, Corpuz and Flickenger c/o Torres Law Group, telephone: 477-9891..

   b. Jose Develles.

   c. Custodian of Records - Guam Police Department.

   d. Emer Banayos, c/o Torres Law Group, telephone: 477-9891.

   e. Any or all persons listed as potential witnesses by Plaintiff.

f. Defendants investigation, discovery and analysis are continuing and Defendants are preparing Interrogatories and Requests for Production of Documents and, thereafter, may take Depositions. Defendants reserve the right to supplement and amend this Disclosure statement.

## DOCUMENTS

2. Plaintiff has previously received the police report and internal investigation report involved in this case. Defendant officers continue to search for documents in their possession relevant to the case and which also may be used to support their claims and defenses.

## DAMAGES

3. Unknown at this time.

## INSURANCE

4. None.

***Respectfully submitted*** this 19th day of September, 2025.

TORRES LAW GROUP

By:______________________________
PHILLIP TORRES, ESQ.
*Attorneys for Defendants*

TORRES LAW GROUP
SUITE 201, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-3