UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JOSE ARLINE DADIVAS DEVELLES,<br>Plaintiff,<br>v.<br>GOVERNMENT OF GUAM, *et al.*,<br>Defendants. | CIVIL CASE NO. 1:24-cv-00019<br><br>ORDER |

This matter comes before the Court *sua sponte*. On May 6, 2026, this case was reassigned to this Court. In light of this assignment, to accommodate the Court's trial and travel calendar, and to allow for additional and/or updated dispositive motion briefing in light of *Zorn v. Linton*, 607 U.S. ___ (2026), the Court resets the case for jury trial to commence October 26, 2026, at the District Court of the Territory of Guam. Remaining revised case management dates are as follows:

| **Event** | **Date/Deadline** |
|---|---|
| Revised Dispositive Motion Cut Off | June 26, 2026 |
| Pretrial Motions Deadline | August 14, 2026 |
| Pretrial Motions: response / reply | August 31, 2026 / September 7, 2026 |

| Event | Date/Deadline |
|---|---|
| Other pretrial submissions[1] / joint proposed pretrial order | October 2, 2026 |
| Trial Briefs | October 12, 2026 |
| Jury Trial (and pretrial conference) | October 26, 2026 |

Guam's motion to dismiss (Dkt. No. 62) remains ripe and the Court will consider it in due course. In light of the schedule above, the Court will defer ruling on Patrick Corpuz and Donald Flickinger's motion for summary judgment (Dkt. No. 64) and the associated motion to strike (Dkt. No. 70) until the dispositive motion cut off. The parties may supplement those motions in the interim. Finally, the Court DENIES as moot Kendall Diaz, Aren Fabila, and John Barcinas' motion for leave to file a post-cut-off summary judgment motion (Dkt. No. 73). The Clerk is DIRECTED to terminate this motion.

It is so ORDERED this 13th day of May 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[1] Includes witness lists, exhibit lists, discovery material designations, proposed jury instructions, proposed voir dire, and proposed verdict forms. In general, the submissions should comply with the local rules, including CVLR 16-1 and 51. To the extent those rules conflict with this Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures#coughenour6, this Court's procedures should control.



Case 1:24-cv-00019 Document 78 Filed 05/13/26 Page 2 of 2