**Douglas B. Moylan**
**Attorney General of Guam**
**Office of the Attorney General**
Solicitor Division
134 W Soledad Avenue, Suite 302
Hagatna, GU 96910
Tel: (671) 475-2709
Fax: (671) 472-2493
*www.guamattorneygeneral.org*

***Attorneys for the Government of Guam***

**BEFORE THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| **JOSE ARLINE DADIVAS DEVELLES,**<br><br>**Petitioner,**<br><br>**vs.**<br><br>**GOVERNMENT OF GUAM, KENDALL T. DIAZ, AREN L. FABILA and DOES 1 TO 10,**<br><br>**Defendants.** | **CIVIL CASE NO. 1:24-CV-00019**<br><br>**MOTION TO DISMISS AND MOTION TO STRIKE (Fed. R. Civ. P. 12(b)(6) & 12(f))** |

**COMES NOW** the Defendant, Government of Guam, by and through counsel undersigned, and moves to dismiss the claims against the Government of Guam pursuant to Fed. R. Civ. P. 12(b)(6) & 12(f).

This Motion is supported by the accompanying Memorandum in support of Motion to Dismiss and Motion to Strike.

Dated this 26th day of June, 2026.

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General

By: /s/ Staci L. Anderson
**STACI L. ANDERSON**
Assistant Attorney General