**Douglas B. Moylan**
**Attorney General of Guam**
**Office of the Attorney General**
Solicitor Division
134 W Soledad Avenue, Suite 302
Hagatna, GU 96910
Tel: (671) 475-2709
Fax: (671) 472-2493
*www.guamattorneygeneral.org*

***Attorneys for the Government of Guam***

**BEFORE THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| **JOSE ARLINE DADIVAS DEVELLES,**<br><br>**Petitioner,**<br><br>**vs.**<br><br>**GOVERNMENT OF GUAM, KENDALL T. DIAZ, AREN L. FABILA and DOES 1 TO 10,**<br><br>**Defendants.** | **CIVIL CASE NO. 1:24-CV-00019**<br><br>**GOVERNMENT OF GUAM'S RENEWED MOTION TO STRIKE PLAINTIFF'S DEMAND FOR PUNITIVE DAMAGES (Fed. R. Civ. P. 12(c) or, in the alternative, 56)** |

COMES NOW the Defendant, Government of Guam, by and through counsel undersigned, on its renewed motion to dismiss the claims for punitive damages pursuant to Fed. R. Civ. P. 12(b)(6), or in the alternative, Fed. R. Civ. P. 56.

This Motion is supported by the accompanying Memorandum in support of Government of Guam's Renewed Motion to Strike Plaintiff's Demand for Punitive Damages.

Dated this 26th day of June, 2026.

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General

By: /s/ Staci L. Anderson
**STACI L. ANDERSON**
Assistant Attorney General