**Douglas B. Moylan**
**Attorney General of Guam**
**Office of the Attorney General**
Solicitor Division
134 W Soledad Avenue, Suite 302
Hagatna, GU 96910
Tel: (671) 475-2709
Fax: (671) 472-2493
*www.guamattorneygeneral.org*

***Attorneys for the Government of Guam***

**BEFORE THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| **JOSE ARLINE DADIVAS DEVELLES,**<br><br>**Petitioner,**<br><br>**vs.**<br><br>**GOVERNMENT OF GUAM, KENDALL T. DIAZ, AREN L. FABILA and DOES 1 TO 10,**<br><br>**Defendants.** | **CIVIL CASE NO. 1:24-CV-00019**<br><br>**MOTION TO DISMISS AS TO DEFENDANT GOVERNMENT OF GUAM, COUNT IX** |

COMES NOW the Defendant, Government of Guam, by and through counsel undersigned, and moves to dismiss the claims against the Government of Guam pursuant to Fed. R. Civ. P. 12(b)(6).

This Motion is supported by the accompanying Memorandum in support of Motion to Dismiss as to Defendant Government of Guam, Count IX.

Dated this 26th day of June, 2026.

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General

By: /s/ Staci L. Anderson
**STACI L. ANDERSON**
Assistant Attorney General