**TORRES LAW GROUP**
285 CLUBHOUSE DRIVE
YONA, GUAM 96915
TELEPHONE: (671) 687-9294

***Attorneys for Defendants***
*Kendall J.N. Diaz, Aren L. Fabila,*
*John W. Barcinas, Patrick G. Corpuz*
*and Donald Flickinger*

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| JOSE ARLINE DADIVAS DEVELLES,<br>Plaintiff,<br>vs.<br>GOVERNMENT OF GUAM, KENDALL J.N. DIAZ, AREN L. FABILA, JOHN W. BARCINAS, PATRICK G. CORPUZ DONALD FLICKINGER and DOES 1 TO 10,<br>Defendants. | CIVIL ACTION NO. 1-24-cv-00019<br><br>**DECLARATION OF COUNSEL, PHILLIP TORRES** |

I, PHILLIP TORRES, hereby declare under penalty of perjury as follows:

1. I am over the age of 21 and competent to make this Declaration.

2. I am the attorney of record for the Defendants Kendall J.N. Diaz, Aren L. Fabila, John W. Barcinas, Patrick G. Corpuz and Donald Flickinger

3. All of the statements set forth herein are true and correct based on my personal knowledge and review of the documents.

4. Attached hereto as Exhibit A is a true and correct copy of the Guam Police Department Policy, Definitions and Procedures for Use of Force and Deadly Force based upon my review of the documents..

5. Attached hereto as Exhibit B is a true and correct copy of the Guam Police Department's Use of Force guidelines and standards based upon my review of the documents.

6. Based upon my review of the documents, attached hereto as Exhibit C is a

true and correct copy of the Guam Police Department officer, John W. Barcinas', field case supplement report dated March 4, 2023, .

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam this 26th day of June, 2026.

/s/

**PHILLIP TORRES**

**TORRES LAW GROUP**
285 CLUBHOUSE DRIVE
YONA, GUAM 96915
TELEPHONE: (671) 477-9891