# Guam Police Department

**FIELD CASE SUPPLEMENT REPORT**

NOT FOR OFFICIAL RELEASE

CASE# **2023-00006093**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 03/04/2023 01:53 | | | |
| **OCCURRED FROM DATE/TIME** | **OCCURRED THRU DATE/TIME** | **LOCATION OF OCCURRENCE** | |
| | | Tun Joaquin Flores ST<br>Tamuning, GU | |

## OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult | Suspect | Develles, Jose Arline D | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| 08/13/1959 | 63 | 124 MAGSAYSAY ST Dededo, GU 96929 | | | | |
| **RACE** | | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** |
| Asian | | Male | 5'5 | 140 | Black | Brown |
| **DL NUMBER/STATE** | | **PRIMARY PHONE** | **PHONE #2** | | **PHONE #3** | |
| 1228049276 / GU | | (671)483-1491 | | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| | | | | | | |
| **RACE** | | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** |
| | | | | | | |
| **DL NUMBER/STATE** | | **PRIMARY PHONE** | **PHONE #2** | | **PHONE #3** | |
| | | | | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| | | | | | | |
| **RACE** | | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** |
| | | | | | | |
| **DL NUMBER/STATE** | | **PRIMARY PHONE** | **PHONE #2** | | **PHONE #3** | |
| | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 337 Fabila | 03/04/2023 | Amaguin, Ephraim Alger | 03/04/2023 |

## NARRATIVE

*Refer to POT K.J. Kendall's preliminary report bearing Guam Police Department (GPD) case number 2023-6093 for further details.

**INFORMATION RECEIVED:**
On Saturday 03/04/2023 at approximately 1:53 a.m., while at Tumon-Tamuning Precinct Command (TTPC), I overheard a radio transmission via police radio from POT K.J. Diaz, requesting for assistance in reference to an uncooperative male during a traffic stop on Tun Joaquin Flores St. in Tamuning. I acknowledged and proceeded to said location.

**ARRIVED AT LOCATION / OBSERVATIONS MADE:**
On the same date at about 1:54 a.m., I arrived at the aforementioned location and observed the following:

- Officer DIAZ standing at the open driver side door of a red pick-up truck, upon exiting my GPD patrol vehicle, I heard Officer DIAZ instructing the driver multiple times to exit the vehicle, however the driver refused.

- Officer DIAZ attempted to pull the driver out of the vehicle, I then observed the driver lean back towards the passenger side, refusing to get out of the vehicle.

- The driver of the vehicle was later identified via his Guam driver's license as:

Jose Arline D. Develles (hereby referred to as JOSE)
Refer to Subjs tab for further details.

- JOSE kept moving his hands and feet around to prevent Officer DIAZ from grabbing him and pulling him out, however eventually Officer DIAZ was able to pull JOSE out of the vehicle.

- JOSE attempted to pull away from JOSE, to which I assisted by grabbing his right arm to prevent him from running away.

- Officer Diaz and I instructed him multiple times to stop resisting and put his hands behind his back, to which he refused by tensing up his arms and trying to pull away from us.

- I then used my body weight while holding his right arm and turned my body to the right, to get JOSE to the ground.

- JOSE and I fell to the ground, on our left side, where he continued to resist, JOSE placed his right hand under his body to prevent it from being placed behind his back.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 337 Fabila | 03/04/2023 | Amaguin, Ephraim Alger | 03/04/2023 |

**NARRATIVE (continuation)**

- JOSE appeared to be reaching for the front of his waistband, I then instructed him to show me his hands and again to place his hands behind his back, to which he again refused.

- In fear that JOSE may have a weapon in his waistband, I conducted a open hand distractionary strike to the right side of his face while instructing him to stop and put his hands behind his back.

- After said distractionary strike, JOSE complied by placing his right hand out from under his body and in front of him, with his palm on the ground.

- I grabbed his right hand and placed it near the lower portion of his back, Officer Diaz then grabbed his right hand and secured JOSE in handcuffs. *Refer to Officer Diaz's arrest report for further details.

- A search incident to arrest was conducted on JOSE and no weapons were found on his person.

- I inquired with JOSE if he had a driver's license, JOSE answered by stating "yes its in my wallet in the car".

- I asked JOSE if I can get his driver's license out of his wallet, to which he answered with "yes".

- I then made a check of the vehicle, which is described to be a 2022 red Toyota Pre-runner bearing Guam license plate number IN6560.

- Along with CVPR (Civilian Volunteer Police Reserve) J.W. Barcinas I noted a long tri-fold wallet on the floor board of the front passenger seat and retrieved JOSE's driver's license which was inside of a card pocket.

- I then placed the wallet in the center console, shortly after I relocated said vehicle off of the road way by a nearby Guam Power Authority (GPA) sub-station (by Kmart).

NOTE: It is noteworthy to mention that JOSE was later treated by medical personnel and transported to Guam Regional Medical City (GRMC) for further treatment.

RECOMMENDATION:
I recommend this supplement report be attached to the preliminary report as additional information.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 337 Fabila | 03/04/2023 | Amaguin, Ephraim Alger | 03/04/2023 |