LAW OFFICE OF DANIEL J. BERMAN
Suite 801, DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone No.: (671) 922-7570
Email: djberman@pacificlawyers.law

Attorney for Plaintiff:
*JOSE ARLINE DADIVAS DEVELLES*

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| JOSE ARLINE DADIVAS DEVELLES,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, KENDALL J.N. DIAZ, AREN L. FABILA, JOHN W. BARCINAS, PATRICK G. CORPUZ, DONALD FLICKINGER and DOES 1 TO 10,<br><br>Defendants. | CIVIL CASE NO. 1:24-cv-00019<br><br>**DECLARATION OF JOSE ARLINE DADIVAS DEVELLES** |

I, JOSE ARLINE DADIVAS DEVELLES, hereby declare under penalty of perjury that:

1. I am the Plaintiff in the above-captioned action.

2. I make this Declaration upon personal knowledge unless otherwise stated.

3. When I was pulled over by the Guam Police Department ("GPD") for a vehicle stop on March 4, 2023, I was a retiree and senior citizen of 63 years of age. I had and still have a slim build with height of 5 feet, 4 inches, and then my weight of only 130 pounds. I am a cancer survivor and lacked and still lack the physical strength to resist physical harm.

4. Soon after I was pulled over for a traffic stop, several GPD officers, surrounded my vehicle.

5. When I opened my driver's side door, I was suddenly, surprisingly, and violently pulled from my vehicle and forced to the ground without my consent.

6. Officer Fabila and other GPD officers punched the back of my head and punched and smashed my left eye.

7. The GPD officers also severely injured my back and ribs.

8. The officers stomped, kicked, and/or punched my back and ribs when I was face-down on the ground and partially or completely subdued.

9. After assaulting and battering me, the GPD Officers initially refused to provide me with medical aid but they finally called for an ambulance.

10. Sometime after I was held or seized by GPD and finally given medical care, GPD officers stole $2,000 in cash from my wallet that was left in my car.

11. While I was fully under the control and at the mercy of GPD Officers, one or more of them executed blows and strikes to my head, face, back, and ribs, causing swelling and extreme pain. The GPD officers also ripped my earrings out, causing lacerations to my ear.

12. I was never ticketed, criminally charged, or indicted for any traffic or criminal offense.

13. I did not actively or substantially resist arrest or attempt to flee custody before or after being pulled over by GPD on March 4, 2023.

14. I experienced severe, sharp, and constant pain in my right ribs, the left side of my face, my left eye, and elsewhere as a result of the GPD beating.

15. I filed a Claim against the Government, *see* Doc. 40 at 27, and this litigation for many reasons that include the unreasonable use of excessive force against me by GPD.

16. I did not threaten or pose a threat to any GPD Officers at any time.

17. Attached to my Second Amended Complaint (Doc. 40) filed June 25, 2025 is my Exhibit "A" that is my Government of Guam Claim served on the Government and includes my personal knowledge, true and correct, genuine and authentic, handwritten statement to GPD (pp. 26 to 30); my photos of my face and body when injured by GPD (pp. 35 to 36); and my Guam Regional Medical City hospital records of my injury and treatment (pp. 40 to 70) which are incorporated into this Declaration as if fully set forth herein.

Further Declarant Sayeth Naught.

DATED this 15 day of July, 2026.

**JOSE ARLINE DADIVAS DEVELLES**